Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiff Nina Sugamori*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Nina Sugamori,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Red Rock Financial Services, LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-00658-RFB-CWH<br><br>**Stipulation of Dismissal of Red Rock Financial Services, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Nina Sugamori ("Plaintiff") and Defendant Red Rock Financial Services, LLC ("Defendant") stipulate to dismiss Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of November 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**KOCH & SCOW LLC**

By: /s/ Steven B. Scow
David R. Koch, Esq.
Steven B. Scow, Esq.
Brody R. Wight, Esq.
11500 S. Eastern Ave., Ste 210
Henderson, NV 89052
*Attorneys for Defendant*
*Red Rock Financial Services, LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 7th day of November, 2017.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 6, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148